UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAIME ALVARADO, ET AL** | : | **DOCKET NO. 2:21-cv-02657** |
| **VERSUS** | : | **JUDGE JAMES D CAIN, JR.** |
| **ALLSTATE INSURANCE CO** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court are Motions to Dismiss Without Prejudice filed by plaintiffs Jaime Alvarado and Barbara Alvarado. Doc. 20. The motions have been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

For the reasons stated **IT IS RECOMMENDED** that the motion be **GRANTED**.

After this suit was filed on plaintiffs' behalf, attorneys from the firm McClenny Moseley & Associates, PLLC ("MMA") enrolled as counsel for plaintiffs. Doc. 6. Plaintiffs recently became *pro se* litigants by operation of an order of this court styled Order Terminating Former MMA Counsel from Proceedings, Designating Plaintiff a *Pro Se* Litigant, and Other Matters (the "Termination Order"). Doc. 19. Attached to the Termination Order was a fillable form entitled "Motion to Dismiss Without Prejudice," Doc. 19, att. 1. The Termination Order contained the following instruction and reference to the form motion to dismiss:

> **ADDITIONAL NOTICE TO PLAINTIFF:** If you never intended for this lawsuit to be filed on your behalf or, for whatever reason, no longer wish to pursue your lawsuit, please complete the attached form entitled "Motion to Dismiss Without Prejudice." Please follow the instructions on the form carefully. Unless and until you receive notice that the motion has been granted or if you receive notice that the motion has been denied, your case remains active, and you remain responsible for

representing yourself as outlined above. If you are concerned about the consequences of signing this document, we suggest you consult with an attorney.

Doc. 19, p. 4. The properly completed and witnessed form motions to dismiss are now before the court.

Having reviewed plaintiffs' motions, the undersigned finds them competent expressions of plaintiffs' wishes to no longer prosecute this case against the defendant. Accordingly,

**IT IS RECOMMENDED** that the Motions to Dismiss Without Prejudice [doc. 20] be **GRANTED,** and that plaintiffs' claims against defendant Allstate Insurance Co be **DISMISSED WITHOUT PREJUDICE.** *The Magistrate Judge Status Conference set for September 20, 2023, at 9:00 AM is TERMINATED and plaintiffs are relieved of any responsibility to attend.*

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 15th day of September, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE