UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**JAIME ALVARADO, ET AL**          :          **DOCKET NO. 2:21-cv-02657**

**VERSUS**          :          **JUDGE JAMES D CAIN, JR.**

**ALLSTATE INSURANCE CO**          :          **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 21], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the voluntary motions to dismiss without prejudice by Jaime Alvarado and Barbara Alvarado [doc. 20] are **GRANTED** and that this matter is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of October, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE